## STARR and others v. MORANGE.

</div>

Where a judgment debtor has been examined under an order for a receiver and the examination has ended, he cannot be called up again to undergo another general examination. In such a case, the master should have the questions reduced to writing and laid before him; and then grant a summons if the questions are material, necessary and proper.

JUDGMENT creditor's bill; and a motion for an attachment against the defendant for refusing to answer questions before a master, under an order for the appointment of a receiver.

The motion was opposed, on the ground that the order had performed its office, by an examination of the defendant which

*Margin notes:*

1839.
STARR
v.
MORANGE.

Sept. 24, 1839.

Practice.
Master's office.
Debtor and creditor.
Examining a judgment debtor on creditor's bill.

had already taken place; and which examination had been continued until the counsel for the complainants voluntarily ceased and terminated it.

The Vice-Chancellor refused the attachment; and said: that where a party had once gone through with an examination of the judgment debtor, it was not right to oblige him to undergo another general examination. The best course would be, for the party who might require an additional examination, to satisfy the master that the questions were material, necessary. and proper; that the questions required to be answered should be propounded in writing and laid before the master— and if the master was satisfied of the materiality and propriety of a further examination of the defendant, he should grant a summons and restrict the further examination to matters of such written interrogatories.

Mr. *Evans,* for the motion.

Mr. *Wilson,* contra.